IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RAFAEL O FARRILL RIVERA

xx-xx-9172

Debtor(s)

CASE NO. 23-02561-EAG13

Chapter 13

FILED & ENTERED ON NOV/15/2023

ORDER CONFIRMING PLAN

The debtor's Chapter 13 plan was duly served on all parties. A hearing on confirmation of the plan was held after due notice to all parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

1. The debtor, or his employer, shall make the payments to the trustee required by the plan as confirmed or as hereafter modified. If the debtor does not cause such payments to be timely made, the trustee may request the court for an order directing the debtor's employer to make the appropriate payroll deductions and payments to the trustee or to pay the debtor's entire earnings and wages to the trustee [11 U.S.C. 1325(c)]. Such an order may be issued without further notice.

2. The debtor shall obtain the approval of the trustee prior to incurring additional debt. The failure to obtain such approval may cause the claim for such debt to be disallowed pursuant to 11 U.S.C. 1305 (C) and the debt to be non-dischargeable [11 U.S.C. 1328 (d)].

3. If the debtor's plan is confirmed prior to the last day to file claims, or to object to the debtor's claim of exemptions, a modification of the

confirmed plan pursuant to 11 U.S.C. 1329 may be required after these dates have past.

Therefore, IT IS HEREBY ORDERED that the debtor's Chapter 13 plan dated Oct/23/2023 (docket #13) is confirmed. The hearing set for 1/11/2024, at 1:30 p.m. is VACATED as per PR LBR 3015-3(f).

**ALLOWANCE OF DEBTOR ATTORNEY'S FEES**

The attorney's fee is approved for $4,000.00, subject to an increase if the debtor's attorney files a detailed application for fees and expenses within 14 days from entry of the confirmation order that is approved by the court. Such fee, less any retainer, shall be paid by the trustee from the monies received under the debtor's plan, provided, however that such payments be deferred in time to payments which may be required to provide adequate protection of the interest of the holders of secured claims.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of November, 2023.

Edward A. Godoy
United States Bankruptcy Judge